*Court Use Only*

PARK COUNTY CLERK
OF DISTRICT COURT
MOLLY BRADBERRY

☐ MONTANA ___*6th*___ JUDICIAL DISTRICT COURT, ___*Park*___ COUNTY
☐IN THE JUSTICE COURT OF _____ COUNTY, STATE OF MONTANA
☐IN THE MUNICIPAL OR CITY COURT OF _____, MONTANA

2020 APR 9 PM 1 59

FILED
BY *Molly Bradberry*
(DEPUTY)

---

Daniel J Colvin ,
**Petitioner / Plaintiff,**

and
Genesis Card Services ,
**Respondent / Defendant.**

Case No: DV-20-_____
(*leave blank, the clerk will write in*)

Order Regarding Statement of Inability to Pay Court Costs

---

**Warning! Read carefully the section checked below.**
**It is a court order.**

☒ Waiver of court costs is **Granted**. Declarant shall proceed without payment of court fees or costs.

☐ Temporary Waiver of court costs is **Granted**. Declarant may file without payment of court fees or costs, but the Court may determine at a later time that the declarant has the ability to pay all fees or costs and will require declarant to do so.

☐ Temporary Waiver of fees is **Granted**. Declarant may file without payment of court fees or costs, but must appear before the Court at _____ a.m/p.m. on the _____ day of _____ and show cause why the declarant lacks the ability to pay all fees or costs.

*Warning! If this third box is checked, you must come to court on the date ordered above. If you don't come, the judge will deny your request to waive court costs, and you will have to pay the court costs.*

☐ Waiver of Fees and costs is **Denied**. Waiver is denied based on the following:

_____

_____

_____

Ordered this __*9th*__ day of __*April*_____, 20*20*.

*Brenda R Gilbert*
_____
Presiding Judge

CC: Daniel J Colvin mld 4-9-20
mrB